On petition for review filed December 8, 1998,* petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further consideration July 26, 2001
See 178 Or App 64 (2001)

Stephen A. ROGERS,
*Petitioner on Review,*

*v.*

VALLEY BRONZE OF OREGON, INC.,
*Respondent on Review.*

(CC 9611-08404; CA A98656; SC S45971)

28 P3d 1173

Margaret F. Weddell, Portland, filed the petition for petitioner on review.

Thomas W. Sondag, of Lane Powell Spears & Lubersky, LLP, Portland, filed the response for respondent on review.

Before Carson, Chief Justice, and Gillette, Durham, Leeson, and Riggs, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *Smothers v. Gresham Transfer, Inc.*, 332 Or 83, 23 P3d 333 (2001).

---

* Appeal from Multnomah County Circuit Court, Joseph Ceniceros, Judge. 157 Or App 191, 972 P2d 1229 (1998).

** Van Hoomissen, J., retired December 31, 2000, and did not participate in this decision; Kulongoski, J., resigned June 14, 2001, and did not participate in this decision. De Muniz, J., did not participate in the consideration or decision of this case.